IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF: *
*
\* MISC. NO. 06-103(JAF)
POLICY REGARDING ELECTRONIC *
DEVICES *
*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AMENDMENT TO
## POLICY REGARDING ELECTRONIC DEVICES

The above Policy, issued by the undersigned on May 10, 2006, is hereby amended at page 2, line 21, to read as follows:

"Attorneys and law-enforcement agents are reminded that the recording and/or broadcasting of court proceedings by electronic or photographic means is strictly forbidden."

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of June, 2006.

JOSE ANTONIO FUSTE
Chief U.S. District Judge